IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GNANA M. CHINNIAH a/k/a GNANA CHANDRA M. CHINNIAH and SUGANTHINI CHINNIAH,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>EAST PENNSBORO TOWNSHIP; JEFFREY S. SHULTZ; KAREN DUNKLE; JAMES HERZLER; JOHN KUNTZELMAN; CHRISTOPHER UNDERHILL; LAW OFFICES OF HARTMAN UNDERHILL & BRUBAKER; JOSHUA AUTRY; JEFFREY CONRAD; LAW OFFICES OF CLYMER MUSSER & CONRAD; CUMBERLAND COUNTY TAX CLAIM BUREAU , and CUMBERLAND COUNTY HOUSING REDEVELOPMENT AUTHORITY,<br><br>　　　　Defendant. | CIVIL ACTION NO.:  1:15-cv-2240<br>　　　　　　Kane/KM |

**NOTICE OF APPEARANCE**

KINDLY enter my appearance on behalf of the Defendants, Joshua Autry, Jeffrey Conrad and the Law Offices of Clymer Musser & Conrad with regard to the above-captioned matter.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　PIETRAGALLO GORDON ALFANO
　　　　　　　　　　　BOSICK & RASPANTI, LLP

　　　　　　　By:　_/s/ Christopher E. Ballod_
　　　　　　　　　　CHRISTOPHER E. BALLOD, ESQUIRE
　　　　　　　　　　Pa. I.D. No.: 89462
　　　　　　　　　　*Counsel for Joshua Autry, Jeffrey Conrad*
　　　　　　　　　　*and Law Offices of Clymer Musser & Conrad*

　　　　　　　　　　One Oxford Centre, 38th Floor
　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　412-263-2000
　　　　　　　　　　412-263-2001 (Fax)

Date:  February 5, 2016

**PROOF OF SERVICE**

  I hereby certify that a true and correct copy of the within pleading has been served upon counsel of record and the pro se parties by electronic service by the court.

          PIETRAGALLO GORDON ALFANO
            BOSICK & RASPANTI, LLP

      By: */s/ Christopher E. Ballod*
         CHRISTOPHER E. BALLOD, ESQUIRE
         Pa. I.D. No.: 89462
         *Counsel for Joshua Autry, Jeffrey Conrad*
         *and Law Offices of Clymer Musser & Conrad*

         One Oxford Centre, 38th Floor
         Pittsburgh, PA  15219
         412-263-2000
         412-263-2001 (Fax)

Date: February 5, 2016