IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GNANA M. CHINNIAH a/k/a GNANA CHANDRA
M. CHINNIAH and SUGANTHINI CHINNIAH,

        Plaintiffs.

        v.

EAST PENNSBORO TOWNSHIP; JEFFREY S.
SHULTZ; KAREN DUNKLE; JAMES HERZLER;
JOHN KUNTZELMAN; CHRISTOPHER
UNDERHILL; LAW OFFICES OF HARTMAN
UNDERHILL & BRUBAKER; JOSHUA AUTRY;
JEFFREY CONRAD; LAW OFFICES OF CLYMER
MUSSER & CONRAD; CUMBERLAND COUNTY
TAX CLAIM BUREAU , and CUMBERLAND
COUNTY HOUSING REDEVELOPMENT
AUTHORITY,

        Defendant.

CIVIL ACTION NO.:  1:15-cv-2240
                Kane/KM

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Defendant Law Offices of Clymer Musser & Conrad hereby submits its Corporate Disclosure

Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Undersigned counsel certifies that there are no parent corporations or any publically held

corporation owning 10% or more of the ownership in the law offices of Clymer Musser & Conrad.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By:   */s/ Christopher E. Ballod*
    CHRISTOPHER E. BALLOD, ESQUIRE
    Pa. I.D. No.: 89462
    *Counsel for Joshua Autry, Jeffrey Conrad*
    *and Law Offices of Clymer Musser & Conrad*

    One Oxford Centre, 38th Floor
    Pittsburgh, PA  15219
    412-263-2000
    412-263-2001 (Fax)

Date:  February 5, 2016

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the within pleading has been served upon counsel of record by electronic service by the court.

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By:    */s/ Christopher E. Ballod*
CHRISTOPHER E. BALLOD, ESQUIRE
*Counsel for Joshua Autry, Jeffrey Conrad
and Law Offices of Clymer Musser & Conrad*

Date:    February 5, 2016