# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Gnana M. Chinniah, et al

          Plaintiffs

     v.

East Pennsboro Township, et al

          Defendants

CIVIL ACTION NO. 1:15-CV-2240

(KANE, J.)
(MEHALCHICK, M.J.)

## ORDER

**AND NOW,** this 5th day of February, 2016, **IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time (Doc. 26) to file brief in opposition to Defendant's motion to dismiss is **GRANTED.**  Plaintiffs may file their brief in opposition to the motion to dismiss on or before February 29, 2016.

**Dated:** Click here to enter a date.

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**