**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GNANA M. CHINNIAH a/k/a<br>GNANACHANDRA M. CHINNIAH<br>and SUGANTHINI CHINNIAH,<br><br>Plaintiffs<br><br>v.<br><br>EAST PENNSBORO TOWNSHIP,<br>JEFFREY S. SHULTZ, KAREN<br>DUNKLE, JAMES HERZLER,<br>JOHN KUNTZELMAN,<br>CHRISTOPHER UNDERHILL,<br>LAW OFFICES OF HARTMAN<br>UNDERHILL & BRUBAKER,<br>JOSHUA AUTRY, JEFFREY<br>CONRAD, LAW OFFICES OF<br>CLYMER MUSSER & CONRAD,<br>CUMBERLAND COUNTY TAX<br>CLAIM BUREAU, and<br>CUMBERLAND COUNTY<br>HOUSING REDEVELOPMENT<br>AUTHORITY,<br><br>Defendants | : | Civil Action No. 1:15-CV-2240<br><br>JURY TRIAL DEMANDED<br><br>****FILED ELECTRONICALLY**** |

**<u>WITHDRAWAL OF APPEARANCE</u>**

TO THE PROTHONOTARY:

Kindly withdraw the appearance of the undersigned counsel **only** for Defendants East Pennsboro Township, Jeffrey S. Shultz, Karen Dunkle, James Herzler and John Kuntzelman, in the above-captioned matter.

        Respectfully submitted,

        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: */s/Katherine L. Riggleman-Thomas*
     Katherine Riggleman-Thomas, Esquire
     Attorney I.D. No. 319535
     100 Corporate Center Drive, Suite 201
     Camp Hill, PA  17011
     (717) 651-3515
     (717) 651-3707 (facsimile)
     klthomas@mdwcg.com

Date:  March 2, 2016

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following known counsel and parties of record this 2nd day of March, 2016 as indicated below:

**VIA U.S. MAIL:**

Gnana M. Chinniah and Suganthini Chinniah
506 Erford Road
Camp Hill, PA 17011
*Pro Se Plaintiffs*

**VIA ELECTRONIC FILING:**

David J. MacMain, Esquire
Tricia M. Ambrose, Esquire
MacMain Law Group, LLC
101 Lindenwood Drive
Suite 160
Malvern, PA 19355
*Counsel for Co-Defendants Cumberland County*
*Tax Bureau and James Hertzler*

Edwin A.D. Schwartz, Esquire
Nicole M. Ehrhart, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
*Counsel for Co-Defendants Christopher Underhill*
*Law Offices of Hartman Underhill & Brubaker*

Jeffrey Conrad
Joshua Autry
Law Offices of Clymer Musser & Conrad
408 W. Chestnut Street
Lancaster, PA  17603
*Co-Defendants*

Tricia D. Naylor, Esquire
David A. Baric, Esquire
Baric Scherer, LLC
19 West South Street
Carlisle, PA  17013
*Counsel for Co-Defendants Redevelopment Authority of the County of Cumberland and  Housing Authority of the County of Cumberland*


**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**


BY:   */s/ Marlene G. Shradley*
      Marlene G. Shradley