IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GNANA M. CHINNIAH a/k/a GNANA CHANDRA M. CHINNIAH and SUGANTHINI CHINNIAH, <br><br>　　　　Plaintiffs. <br><br>　　v. <br><br>EAST PENNSBORO TOWNSHIP; JEFFREY S. SHULTZ; KAREN DUNKLE; JAMES HERZLER; JOHN KUNTZELMAN; CHRISTOPHER UNDERHILL; LAW OFFICES OF HARTMAN UNDERHILL & BRUBAKER; JOSHUA AUTRY; JEFFREY CONRAD; LAW OFFICES OF CLYMER MUSSER & CONRAD; CUMBERLAND COUNTY TAX CLAIM BUREAU , and CUMBERLAND COUNTY HOUSING REDEVELOPMENT AUTHORITY, <br><br>　　　　Defendant. | CIVIL ACTION NO.: <br>　1:15-cv-2240 <br>　　　　　Kane/KM |

## CERTIFICATE OF NON-CONCURRENCE

1.　The Motion at issue is seeking stay of discovery regarding the above-captioned matter.

2.　Defendants corresponded with plaintiffs requesting concurrence with the motion. (See copy of correspondence attached hereto as Exhibit A.)

3.　Plaintiffs recently filed a Brief in Opposition to the Motion for Stay. See Doc. No. 48.

　　　　　　　　　　　　　　　　　　PIETRAGALLO GORDON ALFANO
　　　　　　　　　　　　　　　　　　BOSICK & RASPANTI, LLP

Date:  March 8, 2016　　　　　By:　　 */s/ Christopher E. Ballod*
　　　　　　　　　　　　　　　　　　CHRISTOPHER E. BALLOD, ESQUIRE
　　　　　　　　　　　　　　　　　　Pa. I.D. No.: 89462
　　　　　　　　　　　　　　　　　　*Counsel for Joshua Autry, Jeffrey Conrad*
　　　　　　　　　　　　　　　　　　*and Law Offices of Clymer Musser & Conrad*
　　　　　　　　　　　　　　　　　　One Oxford Centre, 38th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　412-263-2000 (Phone) / 412-263-2001 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GNANA M. CHINNIAH a/k/a GNANA CHANDRA M. CHINNIAH and SUGANTHINI CHINNIAH,<br><br>  Plaintiffs.<br><br>  v.<br><br>EAST PENNSBORO TOWNSHIP; JEFFREY S. SHULTZ; KAREN DUNKLE; JAMES HERZLER; JOHN KUNTZELMAN; CHRISTOPHER UNDERHILL; LAW OFFICES OF HARTMAN UNDERHILL & BRUBAKER; JOSHUA AUTRY; JEFFREY CONRAD; LAW OFFICES OF CLYMER MUSSER & CONRAD; CUMBERLAND COUNTY TAX CLAIM BUREAU , and CUMBERLAND COUNTY HOUSING REDEVELOPMENT AUTHORITY,<br><br>  Defendant. | CIVIL ACTION NO.:<br>  1:15-cv-2240<br>            Kane/KM |

### **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the within Certificate has been served upon counsel of record by electronic service by the court and/or by United States Mail, first class postage prepaid, addressed as follows:

Gnana M. Chinniah
Suganthini Chinniah
506 Erford Road
Camp Hill, PA 17011
*Pro Se*

Donald L. Carmelite, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
*East Pennsboro Township,*
*Jeffrey S. Shultz, Karen Dunkle, John*
*Kuntzelman and James Herzler*

David J. MacMain, Esquire
Tricia M. Ambrose, Esquire
The MacMain Law Group, LLC
101 Lindenwood Drive
Suite 160
Malvern, PA 19355
*Cumberland County Tax Claim Bureau*
*and James Herzler*

Tricia D. Naylor, Esquire
19 West South Street
Carlisle, PA 17013

Byron R. Kaster, Esquire
Dickie, McCamey & Chilcote, P.C.
Plaza 21, Suite 302
425 North 21st Street
Camp Hill, PA  17011-2223
*Cumberland County Housing*
*Redevelopment Authority*

Edwin A.D. Schwartz, Esquire
Marshall Dennehey Warner
Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
*Christopher Underhill and Law Offices of
Hartman Underhill & Brubaker*

                                                                                  PIETRAGALLO GORDON ALFANO
                                                                                  BOSICK & RASPANTI, LLP

By:      */s/ Christopher E. Ballod*
       CHRISTOPHER E. BALLOD, ESQUIRE
       *Counsel for Joshua Autry, Jeffrey Conrad
       and Law Offices of Clymer Musser &
       Conrad*

Date:    March 8, 2016