UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gnana M. Chinniah,<br><br>        Plaintiff<br><br>    v.<br><br>East Pennsboro Township, et al.,<br><br>        Defendants. | CIVIL ACTION NO.1:15-CV-2240<br><br>(KANE, J.)<br>(MEHALCHICK, M.J.) |

**ORDER**

This is a *pro se* civil rights action, initiated upon the filing of the original complaint in this matter on November 23, 2015. (Doc. 1). On February 12, 2016, Defendants Joshua Autry, Jeffrey Conrad, Law Offices of Clymer Musser & Conrad filed a motion to dismiss the complaint (Doc. 36), together with a brief in support of the motion (Doc. 37). On February 16, 2016, Defendants Karen Dunkle, East Pennsboro Township, James Herzler, John Kuntzelman and Jeffrey S. Shultz filed a motion to dismiss the complaint (Doc. 40), together with brief in support of the motion (Doc. 41). Defendants Cumberland County Tax Claim Bureau and James Herzler filed a joint motion to dismiss on February 19, 2016 (Doc. 43), together with a brief in support of the motion (Doc. 44). The Plaintiff has not responded to any of these motions to dismiss. The due date for filing a brief in opposition to these motions has already passed. *See* L.R. 7.6 ("Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief . . . ."); *see also* Fed. R. Civ. P. 6(a), (d).

Accordingly, **IT IS HEREBY ORDERED** that the Plaintiff shall file his brief in opposition to the Defendants' motions to dismiss (Doc. 36, Doc. 40, Doc. 43), on or before

- 2 -

Friday, April 1, 2016.  If an opposition brief is not timely filed, the Plaintiff shall be deemed not to oppose the motions to dismiss. *See* L.R. 7.6. The Defendants may file a reply brief, if any, within fourteen (14) days after service of the brief in opposition. *See* L.R. 7.7. All briefs must conform to the requirements of Local Rule 7.8. No further extensions will be permitted.

**Dated: March 21, 2016**                                                                        *s/ Karoline Mehalchick*
                                                                                                                           **KAROLINE MEHALCHICK**
                                                                                                                           **United States Magistrate Judge**